

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00486-CR

Larry Randall **STEELE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 278th Judicial District Court, Madison County, Texas
Trial Court No. 12-11739-278-06
Honorable Jerry A. Sandel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 4, 2014.

_____
Marialyn Barnard, Justice